# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD GELLNER, MATTHEW RUFO, and MELVYN KLEIN, Derivatively On Behalf Of TILRAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRENDAN KENNEDY, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE, AND MARK CASTANEDA, <br><br> Defendants, <br><br> TILRAY, INC., <br><br> Nominal Defendant. | Case No.: 20-cv-01768 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **FILED** <br> **CLERK** <br><br> 6/17/2020 8:43 am <br><br> **U.S. DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** <br> **LONG ISLAND OFFICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Chad Gellner, Matthew Rufo and Melvyn Klein ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint nor filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation whatsoever for this dismissal.

Dated: June 16, 2020

> GAINEY McKENNA & EGLESTON
> By: /s/ Thomas J. McKenna
>     Thomas J. McKenna
> Gregory M. Egleston
> 501 Fifth Avenue, 19th Floor
> New York, NY 10017
> Telephone: (212) 983-1300
> Facsimile: (212) 983-0383
> Email: tjmckenna@gme-law.com
> Email: gegleston@gme-law.com
>
> *Attorneys for Plaintiffs*

The Clerk of Court is directed to close this case.
SO ORDERED this 17th day of June 2020 at Central Islip, New York.

/s/ Sandra J. Feuerstein
U.S. District Judge